# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| ROBERT GAGLIARDINI, | ) | 2:09-CV-01043-PMP-RJJ |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| NEVADA FEDERAL CREDIT UNION, et al., | ) | |
| Defendants. | ) | |

On August 19, 2009, the Court conducted a hearing regarding Defendants' Motions to Dismiss (Doc. ##5 & 17). The Court granted Defendant Countrywide's Motion to Dismiss (Doc. #5) in its entirety. The Court also granted Defendant Nevada Federal Credit Union's motion to dismiss Counts 1-7 of Plaintiff's complaint with prejudice and further granted Defendant's motion to dismiss claims 8, 9, and 10 without prejudice, and further required that Plaintiff file an amended complaint not later than September 19, 2009, setting forth allegations with greater specificity. To date, Plaintiff has failed to comply with this Court's order.

**IT IS THEREFORE ORDERED that** Defendant Nevada Federal Credit Union's Motion to Dismiss (Doc. #17) is GRANTED in its entirety and all claims by Plaintiff are hereby DISMISSED with prejudice.

DATED: March 16, 2011.

_____
PHILIP M. PRO
United States District Judge